FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED
05 MAY 20 PM 1:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RONALD DOORNINK and MARTHA DOORNINK | CASE NUMBER |
|---|---|
|  | CV05 1862 RSWL PLAX |
| Plaintiff(s), |  |
| v. |  |
| GSI GLOBAL STRATEGIES, INC., etc. et. al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). |  |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ ONLY Defendant(s) CANTLEY & SEDACCA, LLP, BECKETT G. CANTLEY and EDWARD SEDACCA
is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DOCKETED ON CM
MAY 26 2005

May 19, 2005                            /s/ Jordon
_____                    _____
Date                                Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)            NOTICE OF DISMISSAL PURSUANT TO F.R.Civ P. 41(a) or (c)