1 | ANTHONY B. GORDON (S.B. # 108368)
2 | ANTHONY B. GORDON,
A Professional Law Corporation
3 | 5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, California 91367-6478
4 | Telephone: (818) 887-5155
Facsimile: (818) 887-5154

5 | Attorneys for Plaintiffs RONALD
DOORNINK and MARTHA DOORNINK

```
FILED
CLERK, U.S DISTRICT COURT
MAY 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOORNINK, an individual, and MARTHA DOORNINK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GSI GLOBAL STRATEGIES, INC., a Utah corporation; CANTLEY & SEDACCA, LLP, a Georgia limited liability law partnership; BECKETT G. CANTLEY, an individual; EDWARD SEDACCA, an individual; DEUTSCHE BANK SECURITIES, INC., d/b/a DEUTSCHE BANK ALEX BROWN, a Delaware corporation; CLARION CAPITAL LLC, a Delaware limited liability company; CF ADVISORS XXIX, LLC, a Delaware limited liability company; DANIEL BROOKS, an individual; COASTAL TRADING LLC, a Delaware limited liability company; DEERHURST MANAGEMENT COMPANY, INC., a Delaware corporation; BECKENHAM TRADING COMPANY, INC., a Delaware corporation; MICHAEL SCHWARTZ, an individual; LARRY C. FEDRO & ASSOCIATES, P.A., a Florida law firm; LARRY FEDRO, an individual, and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 05 1862 RSWL PLAx<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING DATE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES:<br><br>Prior Due Date: May 31, 2005<br><br>Proposed Due Date: June 30, 2005<br><br>Judge: The Hon. Ronald S. W. Lew<br><br>```<br>DOCKETED ON CM<br>MAY 31 2005<br>BY          009<br>``` |

STIPULATION AND [PROPOSED] ORDER

1	WHEREAS, Defendants CLARION CAPITAL LLC, CF ADVISORS XXIX, LLC, and DANIEL BROOKS (the "Clarion Defendants") are due to respond to the First Amended Complaint on or about May 31, 2005;

WHEREAS, this is a complex civil case consisting of a 69 page complaint which involves complicated issues of tax law, and includes multiple defendants that are citizens and/or residents of New York, Utah, Connecticut, Delaware, New Jersey and Florida;

WHEREAS some of the defendants have contacted plaintiffs and requested an extension to file their Answers or otherwise respond to the First Amended Complaint, and Plaintiffs have contacted other defendants' counsel, all for purposes of agreeing on the same date by when each defendant must respond to the First Amended Complaint;

WHEREAS, some but not all defendants will assert that they have binding arbitration agreements with plaintiffs in the event of a dispute;

NOW THEREFORE, the parties hereby stipulate that defendants, including the Clarion Defendants, will have until June 30, 2005, to answer or otherwise respond to the First Amended Complaint.

IT IS SO STIPULATED.

DATED: May 27, 2005

ANTHONY B. GORDON,
A Professional Law Corporation

_____
Anthony B. Gordon
Attorneys for Plaintiffs
Ronald Doornink and Martha Doornink

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 26, 2005 | CLARION CAPITAL LLC, |
| 3 | | CF ADVISORS XXIX, LLC, |
| 4 | | DANIEL BROOKS, |
| 5 | | |
| 6 | | /s/ |
| 7 | | Daniel Brooks |

3
STIPULATION AND [PROPOSED] ORDER

<u>ORDER</u>

Defendants shall respond to Plaintiffs' First Amended Complaint on or before June 30, 2005.

IT IS SO ORDERED.

DATED: 5-27-05

**RONALD S.W. LEW**

_____
THE HONORABLE RONALD S. W. LEW

**PROOF OF SERVICE**
[1013A (3) C.C.P. - Revised 5/1/88]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 91367-6478. I am employed in the office of a member of the bar of this Court, at whose direction such mailing took place.

On May 27, 2005, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2005, Woodland Hills, California.

Linda Gordon

Case No. CV 05 1862 RSWL PLAx

PROOF OF SERIVCE

# SERVICE LIST

Alan C. Thomas
FISCHER PORTER MASI & THOMAS
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700   *Attorneys for Deerhurst Management Co., and Beckenham Trading Co.*

David S. McLeod
DEWEY BALLANTINE LLP
333 South Grand Avenue
Los Angeles, CA 90071-1530   *Attorneys for Defendants DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC., d/b/a DEUTSCHE BANK ALEX. BROWN*

Daniel Brooks
10 Bay Street
Westport, Connecticut 06880

Clarion Capital LLC
10 Bay Street
Westport, Connecticut 06880

CF Advisors XXIX LLC
10 Bay Street
Westport, Connecticut 06880