Name, address and telephone number of attorney(s)
David S. McLeod, State Bar No. 66808
Caroline Burgunder, State Bar No. 217330
Dewey Ballantine LLP
333 S. Grand Ave., 26th Floor
Los Angeles, CA 90071
(213) 621-6000
DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC.

```
                FILED
      CLERK, U.S. DISTRICT COURT

           JUN - 1 2005

      CENTRAL DISTRICT OF CALIFORNIA
      BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONALD DOORNINK, an individual, and MARTHA DOORNINK, an individual

Plaintiff(s)

v.

GSI GLOBAL STRATEGIES, INC., a Utah Corporation; CANTLEY & SEDACCA, LLP, a Georgia limited liability law partnership, et al.

Defendant(s)

CASE NUMBER
CV 05 1862 RSWL PLAx

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Lawrence M. Hill _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC. by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Dewey Ballantine LLP
Address: 1301 Avenue of the Americas
         New York, NY 10019
Telephone number: (212) 259-8000          Fax number: (212) 259-6333

DOCKETED ON CM
JUN 2 2005
BY ___ 012

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| See Rider A | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| SACV04-0401 AHS (ANx) | Barron, et al. v. Deutsche Bank AG, et al. | 8/25/04 | 8/25/04 |
| SACV04-599 AHS (ANx) | Tice, et al. v. BDO Seidman, LLP, et al. | 8/25/04 | 8/25/04 |
| SACV04-1035 AHS (ANx) | Armitage, et al. v. BDO Seidman, LLP, et al. | 10/13/04 | 10/13/04 |
| SACV04-1227 GLT | Reddam, et al. v. KPMG LLP, et al. | 11/2/04 | 11/2/04 |

G-64 (08/04)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 1 of 2
                                                                                              CCD-G64

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  David S. McLeod  as local counsel, whose business information is as follows:
Firm Name: Dewey Ballantine LLP
Address:   333 S. Grand Ave., 26th Floor
           Los Angeles, CA  90071
Telephone number: (213) 621-6000     Fax number: (213) 621-6100

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date:  May 2, 2005

*Applicant Signature*
Lawrence M. Hill

I hereby consent to the foregoing designation.
Date:  May 26, 2005

*Designee Signature*
David S. McLeod

66808
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
[X] Granted.
[ ] Denied and fee ordered returned.

Date:  5-31-05

RONALD S.W. LEW
*United States District Judge / ~~Magistrate Judge~~*

G-64 (08/04)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 2 of 2

## Rider A

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| State of New York | 1985 |
| United States Court of Appeals for the Third Circuit | 2000 |
| United States Court of Appeals for the Seventh Circuit | 2003 |
| United States Court of Appeals for the Second Circuit | 2004 |
| United States Court of Appeals for the Ninth Circuit | 2005 |
| United States District Court for the Southern District of New York | 1989 |
| United States District Court for the Eastern District of New York | 1989 |
| United States District Court for the Northern District of Illinois | 2002 |
| United States Tax Court | 1985 |
| United States Court of Federal Claims | 1998 |

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **333 South Grand Avenue, 26th Floor, Los Angeles, California 90071-1530**.

On May 27, 2005, I served the foregoing document(s) described as:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[ X ]   **BY MAIL** I placed such envelopes with postage thereon prepaid in the United States Mail at 333 South Grand Avenue, 26th Floor, Los Angeles, California.

[ ]   **BY PERSONAL SERVICE** I caused such envelope to be given to a messenger for delivery by hand to the office of the addressee.

[ ]   **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error.

[ ]   **BY ELECTRONIC TRANSMISSION** The above referenced document was sent via electronic transmission to the addressee(s)' email address as indicated on the attached service list.

[ ]   **BY FEDERAL EXPRESS** I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

[ ]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2005, at Los Angeles, California.

Leticia Gomez
Type or Print Name                              Signature

1

**SERVICE LIST**

2

Ronald Doornink, et al v. GSI Global Strategies, Inc., et al.
USDC - Central District of California
Case No.: CV 05 1862

3

4

5

6  Anthony B. Gordon, Esq.                    Attorneys for Plaintiff
    A Professional Law Corporation
    5550 Topanga Canyon Blvd., Suite 200
7   Woodland, Hills, CA 91367

8   Phone: (818) 887-5155
    Fax: (818) 887-5154
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28