```
FILED
CLERK, U.S. DISTRICT COURT
JUN -3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

1  KATTEN MUCHIN ROSENMAN, LLP
   John Arai Mitchell, Esq. [State Bar Number 180784]
2  2029 Century Park East, Suite 2600
   Los Angeles, California 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4
   Attorneys for Defendants
5  COASTAL TRADING LLC and MICHAEL SCHWARTZ

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOORNINK, an individual, and MARTHA DOORNINK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GSI GLOBAL STRATEGIES, INC. a Utah corporation, CANTLEY & SEDACCA, LLP, a Georgia limited liability law partnership; BECKETT G. CANTLEY, an individual; EDWARD SEDACCA, an individual; DEUTSCHE BANK SECURITIES, INC., d/b/a DEUTSCHE BANK ALEX BROWN, a Delaware corporation, CLARION CAPITAL LLC, a Delaware limited liability company; CF ADVISORS XXIX, LLC, a Delaware limited liability company, DANIEL BROOKS, an individual; COASTAL TRADING LLC, a Delaware limited liability company; DEERHURST MANAGEMENT COMPANY, INC., a Delaware corporation; BECKENHAM TRADING COMPANY, INC., a Delaware corporation; MICHAEL SCHWARTZ, an individual; LARRY C. FEDRO & ASSOCIATES, P.A., a Florida law firm; LARRY FEDRO, an individual, and DOES 1 through 10, | CASE NO. CV 05 1862 RSWL PLAX <br><br> STIPULATION EXTENDING TIME TO FILE + ORDER |

DOCKETED ON CM
JUN - 6 2005
BY _____ 012

10

STIPULATION EXTENDING TIME TO FILE

1  Plaintiffs Ronald and Martha Doornink ("Plaintiffs") and defendant Coastal Trading
2  LLC and Michael Schwartz ("Defendants"), by and between the parties, through their
3  respective counsel of record, stipulate as follows:
4  WHEREAS, Plaintiffs filed their complaint (the "Complaint") on April 13, 2005 and,
5  on May 6, 2005, served the Complaint on Defendants via certified mail;
6  WHEREAS, in the absence of a stipulation, the response of Defendants to the
7  Complaint was due on May 31, 2005;
8  WHEREAS, on May 18, 2005, Defendants requested a 30-day extension of time, until
9  June 30, 2005, to respond to the complaint pursuant to Central District Local Rule 8-3, and
10 Plaintiffs agreed to the requested extension;
11 WHEREAS, Defendants have requested the extension to provide sufficient time to
12 investigate the facts and file a proper response;
13 WHEREAS, there have not been any prior requests for an extension;
14 WHEREAS, this stipulation is entered in good faith and not for purposes of delay;
15 NOW, THEREFORE, IT IS STIPULATED AND AGREED, that the time in which
16 Defendants may answer or otherwise respond to the Complaint in this action shall be
17 extended to and including June 30, 2005, subject to the Court's approval.

Dated: June 2, 2005

By: _____
JOHN ARAI MITCHELL
Attorney For Defendants
COASTAL TRADING LLC and
MICHAEL SCHWARTZ

Dated: June 2, 2005

By: _____
ANTHONY B. GORDON
Attorney for Plaintiffs RONALD
DOORNINK and MARTHA DOORNINK

1

STIPULATION EXTENDING TIME TO FILE

## ORDER

Defendants shall respond to Plaintiffs' First Amended Complaint on or before June 30, 2005.

IT IS SO ORDERED.

DATED: June 3, 2005

RONALD S.W. LEW
_____
THE HONORABLE RONALD S. W. LEW

## PROOF OF SERVICE
[1013A (3) C.C.P. - Revised 5/1/88]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 91367-6478

On June 2, 2005, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2005, Woodland Hills, California.

_____
Linda Gordon

1

Case No. CV 05 1862 RSWL PLAx
PROOF OF SERVICE

## SERVICE LIST

Alan C. Thomas
FISCHER PORTER MASI & THOMAS
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700   *Attorneys for Deerhurst Management Co., and Beckenham Trading Co.*


David S. McLeod
DEWEY BALLANTINE LLP
333 South Grand Avenue
Los Angeles, CA 90071-1530   *Attorneys for Defendants DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC., d/b/a DEUTSCHE BANK ALEX. BROWN*


Daniel Brooks
10 Bay Street
Westport, Connecticut 06880

Clarion Capital LLC
10 Bay Street
Westport, Connecticut 06880

CF Advisors XXIX LLC
10 Bay Street
Westport, Connecticut 06880

John Arai Mitchell
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste 2600
Los Angeles, CA 90067-3012   *Attorneys for Defendants COASTAL TRADING LLC and MICHAEL SCHWARTZ*

2

Case No.  CV 05 1862 RSWL PLAx
PROOF OF SERVICE