**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ronald Doornink, an individual, and Martha Doornink, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Deutsche Bank Securities, Inc., d/b/a Deutsche Bank Alex Brown, a Delaware corporation; Coastal Trading LLC, a Delaware limited liability company; Deerhurst Management Company, Inc., a Delaware corporation; Beckenham Trading Company, Inc., a Delaware corporation; Michael Schwartz, an individual, Andrew Krieger, an individual, and DOES 1 through 10,<br><br>　　　　　Defendants. | CV 05-1862 RSWL (PLAx)<br><br>**ORDER TO SHOW CAUSE** |

　　On December 09, 2009, Plaintiffs Ronald Doornink and Martha Doornink filed with the Court the Second

1

1  Amended Complaint [73] against Defendants Deutsche Bank
2  Securities, Inc., d/b/a Deutsche Bank Alex Brown,
3  Coastal Trading LLC, Deerhurst Management Company,
4  Inc., Beckenham Trading Company, Inc., Michael
5  Schwartz, Andrew Krieger, and DOES 1 through 10. To
6  date, Plaintiffs have only provided the Court with
7  Proof of Service of the Second Amended Complaint to
8  Defendants Michael Schwartz and Andrew Krieger and not
9  to any of the corporate Defendants named in Plaintiffs'
10 Second Amended Complaint.
11      Plaintiffs are therefore **ORDERED TO SHOW CAUSE** why
12 Plaintiffs have failed to provide the Court with Proof
13 of Service of the Second Amended Complaint to corporate
14 Defendants Deutsche Bank Securities, Inc., d/b/a
15 Deutsche Bank Alex Brown, Coastal Trading LLC,
16 Deerhurst Management Company, Inc.,and Beckenham
17 Trading Company, Inc. Plaintiffs have until **September**
18 **16, 2010** to respond to this Court demonstrating why
19 this case should not be dismissed with regard to the
20 corporate Defendants named in the Second Amended
21 Complaint for lack of prosecution.
22
23 DATED: September 09, 2010
24 **IT IS SO ORDERED.**
25
26                         RONALD S.W. LEW
                    _____
27                       **HONORABLE RONALD S.W. LEW**
28                     Senior, U.S. District Court Judge