O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ronald Doornink, an individual, and Martha Doornink, an individual,<br><br>    Plaintiffs,<br><br> v.<br><br>Coastal Trading LLC, a Delaware limited liability company; Deerhurst Management Company, Inc., a Delaware corporation; Beckenham Trading Company, Inc., a Delaware corporation; Michael Schwartz, an individual, Andrew Krieger, an individual, and DOES 1 through 10,<br><br>    Defendants. | CV 05-1862 RSWL (PLAx)<br><br>**ORDER** |

  The Court is in receipt of Plaintiffs Ronald Doornink and Martha Doornink's Motion to Confirm

Arbitration Award [107].  The Court has reviewed the Motion and all supplemental exhibits and finds that Plaintiffs need to submit to the Court a copy of the entire Final Arbitration Award, not merely the pages that Counsel finds to be relevant.  The Court orders Plaintiffs to submit this information to the Court no later than July 6, 2011.

DATED: July 1, 2011

**IT IS SO ORDERED.**

/s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge