|   |   |
|---|---|
| | O |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Doornink, an individual, and Martha Doornink, an individual,<br><br>                  Plaintiffs,<br><br>   v.<br><br>GSI Global Strategies, Inc., et al.,<br><br>                  Defendants. | CV 05-1862 RSWL (PLAx)<br><br>**ORDER Re: PLAINTIFFS' MOTION TO CONFIRM ARBITRATION AWARD [107]** |

On July 19, 2011, Plaintiffs Robert Doornink and Martha Doornink's ("Plaintiffs") Motion to Confirm Arbitration Award came on for regular calender before this Court [107]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS**:

The Court **GRANTS** Plaintiffs' Motion to Confirm Arbitration Award. The Court finds that the Arbitration Award issued by Arbitrator John C. Lifland on April 5, 2011 is eligible for confirmation under the Federal

Arbitration Act ("FAA"), 9 U.S.C. § 9. The Court finds that it has independent grounds for subject matter jurisdiction over this Case, and that Plaintiffs have fulfilled all procedural requirements set forth by the FAA, including venue, notice and timely filing requirements. The Court further finds that none of the circumstances listed in Sections 10 and 11 of the FAA that permit the Court to vacate, modify, or correct an arbitration award are present in this Case. Accordingly, the Court defers to the Arbitration Award issued by Arbitrator Lifland and thereby **GRANTS** Plaintiffs' Motion to Confirm Arbitration Award.

On November 16, 2010, the Court issued an Order granting Plaintiffs' Motion for Default Judgment by Court against Defendant Andrew Krieger [102]. In its November 16, 2010 Order, the Court stated that it would enter judgment once the Case was resolved with regard to the remaining Defendants Coastal Trading, LLC, Deerhurst Management Company, Inc., Beckenham Trading Company, Inc., and Michael Schwartz.

On April 5, 2011, arbitration proceedings as to the remaining Defendants concluded, and the Arbitration Award was issued. Pursuant to the Award, Arbitrator John C. Lifland found that Plaintiffs had not met their burden as to their claims against Defendants Coastal Trading, LLC and Michael Schwartz. However, Defendants Deerhurst Management Company, Inc. and Beckenham Trading Company, Inc. were found jointly and severally

liable to Plaintiffs for damages in the amount of $869,101, plus prejudgment interest in the amount of $452,778, for a total amount of $1,321,879.

The Court will now enter judgment in this Case in favor of Plaintiffs in the amount of $1,321,879 against Defendants Deerhurst Management Company, Inc. and Beckenham Trading Company, Inc., as set forth in the Arbitration Award issued by Arbitrator Lifland on April 5, 2011, and against Defendant Andrew Krieger, as set forth in the Court's November 16, 2010 Order [102]. The Court finds that Defendants Deerhurst Management Company, Inc., Beckenham Trading Company, Inc., and Andrew Krieger are jointly and severally liable to Plaintiffs for damages in the amount of $869,101, plus prejudgment interest in the amount of $452,778, for a total amount of $1,321,879.

Furthermore, pursuant to the April 5, 2011 Arbitration Award, the Court finds that Plaintiffs are not entitled to recover damages from Defendants Coastal Trading, LLC and Michael Schwartz. Lastly, Plaintiffs have not asked for costs to be awarded in this Action.

DATED: July 21, 2011

**IT IS SO ORDERED.**

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge