**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Doornink, an individual, and Martha Doornink, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GSI Global Strategies, Inc., et al.,<br><br>Defendants. | CV 05-1862 RSWL (PLAx)<br><br>**JUDGMENT** |

On November 16, 2010, the Court issued an Order granting Plaintiffs Robert Doornink and Martha Doornink's ("Plaintiffs") Motion for Default Judgment by Court against Defendant Andrew Krieger [102]. In its Order, the Court stated that it would enter judgment once the case was resolved with regard to the remaining Defendants Coastal Trading, LLC, Deerhurst Management Company, Inc., Beckenham Trading Company, Inc., and Michael Schwartz.

On April 5, 2011, arbitration proceedings as to the

1

remaining Defendants concluded, and the Arbitration Award was issued. Pursuant to the Award, Arbitrator John C. Lifland found that Plaintiffs had not met their burden as to their claims against Defendants Coastal Trading, LLC and Michael Schwartz. However, Defendants Deerhurst Management Company, Inc. and Beckenham Trading Company, Inc. were found jointly and severally liable to Plaintiffs for $1,321,879.

On July 11, 2011, Plaintiffs' Motion to Confirm Arbitration Award came on for regular calendar before this Court [107]. The Court granted the Motion and confirmed the April 5, 2011 Arbitration Award. Accordingly, the Court enters the following Final Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs Robert Doornink and Martha Doornink in the amount of $1,321,879 against Defendants Deerhurst Management Company, Inc. and Beckenham Trading Company, Inc., as set forth in the Arbitration Award issued by Arbitrator Lifland on April 5, 2011, and against Defendant Andrew Krieger, as set forth in the Court's November 16, 2010 Order [102]. Defendants Deerhurst Management Company, Inc., Beckenham Trading Company, Inc., and Andrew Krieger are jointly and severally liable to Plaintiffs for damages in the amount of $869,101, plus prejudgment interest in the amount of $452,778, for a total amount of $1,321,879.

| | |
|---|---|
| 1 | Furthermore, pursuant to the April 5, 2011 |
| 2 | Arbitration Award, Plaintiffs are not entitled to |
| 3 | recover damages from Defendants Coastal Trading, LLC |
| 4 | and Michael Schwartz. |
| 5 | |
| 6 | DATED: July 21, 2011 |
| 7 | **IT IS SO ORDERED.** |

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge